**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): __25-1846__                                        Caption [use short title]

Motion for: __to schedule deadline for Appellants'__

__Brief outside the L.R. 31.2(a)(1)(A) window__        Levine v. Association of Legal Aid Attorneys

_____        UAW Local 2325

Set forth below precise, complete statement of relief sought:

__Appellants move under Local Rule 27.1 (f) to schedule__

__Appellants' brief deadline outside of the__

__L.R. 31.2(a)(1)(A) window by 28 days, until__

__December 5, 2025__

MOVING PARTY: __Levine__                          OPPOSING PARTY: __N/A__

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner     ☐ Appellee/Respondent

MOVING ATTORNEY: __Jeffrey Schwab__         OPPOSING ATTORNEY: __N/A__

[name of attorney, with firm, address, phone number and e-mail]

__Liberty Justice Center__

__7500 Rialto Blvd. Suite 1-250 Austin, Texas 78735__

__(512) 481-4400 jschwab@ljc.org__

Court- Judge/ Agency appealed from: __U.S. District Court S.D.N.Y. (Castel, J.)__

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:**

___/s/ Jeffrey M. Schwab___   Date: __9/10/2025__        Service : ☑ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARNOLD LEVINE and ALLEN S. POPPER, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ASSOCIATION OF LEGAL AID ATTORNEYS, UAW LOCAL 2325; LEGAL AID SOCIETY; and the CITY OF NEW YORK, <br><br> Defendants-Appellees. | No. 25-1846 |

**Plaintiffs-Appellants' Unopposed Motion to Schedule Deadline for Appellants' Brief Outside the Local Rule 31.2(a)(1)(A) Window**

Under Local Rule 27.1(f), Plaintiffs-Appellants Arnold Levine and Allen S. Popper move to schedule the deadline for Appellants' brief outside of the Local Rule 31.2(a)(1)(A) window by an additional 28 days and request that the deadline be set for December 5, 2025. In support, Plaintiffs-Appellants state the following:

1.      On July 28, 2025, Plaintiffs-Appellants filed a notice of appeal from the dismissal of their complaint by the U.S. District Court for the Southern District of New York.

2.      On August 13, 2025, the Clerk filed a Notice of Expedited Appeal, Dkt. 16, and on August 29, 2025, the parties jointly filed a motion to remove this case from the expedited appeals calendar, Dkt. 18. The Court granted that motion

1

on September 4, 2025. Dkt. 19.

3.      The Court's order required Plaintiffs-Appellants to file a Local Rule 31.2 scheduling notification within 7 days of the date of the order.

4.      Plaintiffs-Appellants filed their Civil Appeal Transcript Information (Form D) on August 8, 2025, indicating that they were not ordering the transcript because there were no transcribed proceedings.

5.      Under Local Rule 31.2(a)(1)(A), the deadline for Appellants' opening brief requested in their scheduling notification must be within 91 days after the ready date. The ready date is the date Plaintiffs-Appellants filed Form D because there was no transcript ordered. Therefore, Plaintiffs-Appellants must request a deadline for their opening brief by November 7, 2025.

6.      As one of the reasons stated in the parties' joint motion for removing the case from the expedited calendar, Counsel for Appellants stated that he "anticipated an imminent decision in a case on expedited review before the Federal Circuit that is time-sensitive and will almost certainly require immediate proceedings in the Supreme Court, limiting their ability to prepare the opening brief due September 17, 2025." Mot. ¶ 4.

7.      On the evening that the parties filed that joint motion, August 29, 2025, the Federal Circuit issued a decision in that case, *V.O.S. Selections Inc., et al. v. Trump*, No. 25-1812. On September 3, 2025, the government filed a petition

for writ of certiorari before the U.S. Supreme Court along with a motion to expedite the Court's determination on whether to grant that petition.

8.     Yesterday, on September 9, 2025, the U.S. Supreme Court granted the writ of certiorari and accompanying motion to expedite in that case, *Donald J. Trump, President of the United States, et al. v. V.O.S. Selections, Inc., et al.*, No. 25-250 (consolidated with *Learning Resources, Inc. et al. v. Donald J. Trump, President of the United States, et al.*, No. 24-1287.

9.     That order set an expedited briefing schedule whereby the Petitioners will file an opening brief by September 19, 2025, Respondents will file their brief by October 20, 2025, and Petitioners will file their reply brief by October 30, 2025. That order also indicated that oral argument would be scheduled for the first week in November.

10.     Counsel for Plaintiffs-Appellants, Jeffrey Schwab, is counsel for and manages a team of lawyers representing V.O.S. Selections, Inc. and four other small businesses, who are Respondents in *Trump v. V.O.S. Selections*. Because of the deadline for the Respondents' brief and the scheduling of oral argument for the first week of November, Mr. Schwab's time will be preoccupied through the first week of November by that case.

11.     Thus, Mr. Schwab will not be able to meet the latest deadline available for Appellants' brief under Local Rule 32.1(a)(1)(A), November 7, 2025.

3

12.     For this reason, Plaintiffs-Appellants request that the Local Rule 32.1(a)(1)(A) deadline be extended an extra 28 days and that the deadline for Appellants' Brief be set for December 5, 2025.

13.     Counsel for Plaintiffs-Appellants notified counsel for Defendants-Appellees of his intention to file this motion and no counsel for Defendants-Appellees had any objection to this motion.

For the foregoing reasons, Plaintiffs-Appellants respectfully request that the deadline for Appellants' brief be scheduled outside of the Local Rule 31.2(a)(1)(A) window by an additional 28 days and that the deadline Appellants' brief be set for December 5, 2025.

Dated: September 10, 2025                    Respectfully submitted,

/s/ Jeffrey M. Schwab
Jeffrey M. Schwab
Liberty Justice Center
7500 Rialto Blvd.
Suite 1-250
Telephone: 512-481-4400
jschwab@ljc.org

*Counsel for Plaintiffs*

4

**Certificate of Compliance**

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this motion contains 684 words, excluding the parts of the motion exempted by Rule 32(f). The motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

 /s/ Jeffrey M. Schwab
Jeffrey M. Schwab