STEVEN BANKS
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JONATHAN A. POPOLOW
Assistant Corporation Counsel
212-356-4084
jpopolow@law.nyc.gov

July 7, 2026

**VIA ACMS**

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: Levine v. Association of Legal Aid Attorneys, No. 25-1846

To the Hon. Clerk of the Court:

I write to update the Court on my availability for oral argument. In addition to the dates already provided in my Local Rule 34.1(a) Statement, I also am not available on:

September 8, 11, 17, 18, 21, 2026
October 9, 15, 22, 23, 26, 27, 2026
November 6, 13, 25, 27, 30, 2026
December 1, 2, 3, 4, 7, 17, 24, 2026

Thank you for your consideration.

Respectfully yours,
/s/
Jonathan A. Popolow